IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Barbara Spann<br><br>Case No. 1-19-cv-00008-RLY-TAB | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: December 15, 2024

| | |
|---|---|
| /s/ Benjamin A. Bertram | /s/ Andrea Roberts Pierson |
| Benjamin A. Bertram, Esq. | Andrea Roberts Pierson, Esq. |
| Bertram & Graf, L.L.C. | Faegre Drinker Biddle & Reath LLP |
| 2345 Grand Boulevard, Suite 1925 | 300 North Meridian Street, Suite 2500 |
| Kansas City, MO 64108 | Indianapolis, Indiana 46204 |
| Telephone: (816) 523-2205 | Telephone: (317) 237-0300 |
| Fascimile: (816) 523-8258 | Facsimile: (317) 237-1000 |
| Email: benbertram@bertramgraf.com | Email: andrea.pierson@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Benjamin A. Bertram

US.129796386.01